# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| CASELAS, LLC,<br><br>      PLAINTIFF,<br><br>vs.<br><br>UBS BANK USA,<br><br>      DEFENDANT. | Civil Action No. 6:21-cv-0006-ADA |

## STIPULATED MOTION FOR DISMISSAL WITH PREDUDICE

Plaintiff Caselas, LLC and Defendant UBS Bank USA hereby move for an order dismissing all claims in this action WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2), and according to the terms of an Agreement between the parties. Each party is to bear its own costs, expenses, and attorneys' fees.

Dated: October 15, 2021

Respectfully Submitted
*/s/ M. Scott Fuller*
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com
Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com
René Vazquez
rvazquez@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**ATTORNEYS FOR PLAINTIFF**
**CASELAS, LLC**

## CERTIFICATE OF CONFERENCE

The undersigned, counsel for Plaintiff Caselas, LLC, hereby certifies on behalf of Plaintiff that he has conferred with counsel for Defendant UBS Bank USA, who confirmed agreement to this Stipulation of Dismissal.